UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELLE STRICKLAND,**
      **Plaintiff,**

**v.**                                                **Case No. 6:23-cv-2296-ACC-LHP**

**SILVER FOX REAL ESTATE HOLDINGS LLC and COASTAL CHICKEN LLC,**
      **Defendants.**

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled against Silver Fox Real Estate Holdings, LLC, the only served Defendant. Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that Plaintiff's claims against Sliver Fox Real Estate Holdings, LLC are hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for either party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

Plaintiff never served the other Defendant, Coastal Chicken LLC, although summons was issued by the Clerk on November 30, 2023. (Doc. 3); *see* M.D. Fla. L.R. 1.10 (requiring plaintiff to (a) file proof of service within twenty-one days after

- 2 -

service of a summons and complaint and (b) file motion for entry of default within twenty-eight days). Therefore, Plaintiff's claims against Defendant Coastal Chicken, LLC are **DISMISSED without prejudice** for Plaintiff's failure to comply with the deadlines in Local Rule 1.10. *See* M.D. Fla. L.R. 1.10(d) ("FAILURE TO ACT TIMELY. Failure to comply with a deadline in this rule can result in dismissal of the claim or action without notice and without prejudice.").

    **DONE** and **ORDERED** at Orlando, Florida on January 29, 2024.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record